DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

WHITE, ELLIOTT A.

Debtor

Case No. 09-02706-FLK13

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $455.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| WHITE, ELLIOTT A. | PO BOX 184<br>DIXIE, WA<br>99329 | $455.00 |

Dated: February 25, 2010

_[signature]_
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874012     3-2-10     $455.10